# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0555
_____

BRYAN ARTHUR WEBER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

February 22, 2024


PER CURIAM.

AFFIRMED.

LEWIS, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bryan Arthur Weber, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.